COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-024-CV

BANK OF AMERICA CORPORATION      APPELLANTS

AND BANK OF AMERICA, N.A.

V.

DOROTHEA LASTER D/B/A HOPKINS-LASTER LAW OFFICE
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.  

DELIVERED:  February 19, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.